UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JESSE JACKSON,
*Individually and for Others Similarly Situated,*

    Plaintiff,

v.

AMERICAN ELECTRONIC WARFARE
ASSOCIATES, INC.,

    Defendant.

Civil Action No. 22-1456-TDC

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant American Electronic Warfare Associates, Inc.'s ("AEWA's") Motion for Summary Judgment, ECF No. 110, is DENIED.

2. Plaintiff Jesse Jackson's Cross Motion for Summary Judgment, ECF No. 114, is DENIED.

3. Jackson's Motion for a Protective Order, Corrective Notice, and Additional Requests for Production, ECF No. 93, is GRANTED IN PART and DENIED IN PART. The Motion is granted in that:

    a. AEWA, its employees, and agents are barred, until the end of this case, from further communication by telephone, email, in-person contact, or any other means with the individuals who fall within the definition of the Fair Labor Standards Act collective action ("the FLSA class") or the definition of the Maryland class action ("the

Maryland class") in this case (collectively, "the class members"), regarding the pending lawsuit;

b. AEWA, its employees, and agents are barred from engaging in any retaliation against the class members.

c. Within **14 days** of the date of this Order, AEWA is directed to send at its own expense, from one of its mailing addresses or email addresses, the accompanying Corrective Notice to all class members who were employed by AEWA as of August 31, 2023, March 5, 2024, or both;

d. Class members who receive the Corrective Notice may, within **60 days** of the issuance of the Corrective Notice, opt into the Fair Labor Standards Act collective action in this case;

e. Class members who receive the Corrective Notice and who previously opted out of the Maryland class action in this case may, within **60 days** of the issuance of the Corrective Notice, opt back into the Maryland class action.

f. The Motion is otherwise denied.

4. Upon completion of the transmission of the Corrective Notice in accordance with this Order, AEWA shall file a Notice with the Court confirming that such transmission has occurred.

Date: June 9, 2025

THEODORE D. CHUANG
United States District Judge