UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JESSE JACKSON,
*Individually and for Others Similarly Situated*,

    Plaintiff,

v.

AMERICAN ELECTRONIC WARFARE ASSOCIATES, INC.,

    Defendant.

Civil Action No. 22-1456-TDC

**THIRD NOTICE OF LAWSUIT**

**I.   Why Are You Getting This Notice?**

    The United States District Court for the District of Maryland has certified a class lawsuit in the case *Jackson v. American Electronic Warfare Associates, Inc.* (the "Lawsuit"). You are receiving this notice because records show you worked for American Electronic Warfare Associates ("AMEWAS" or "Defendant") as of August 31, 2023, March 5, 2024, or both and your rights may be affected by the outcome of the Lawsuit.

    You should have received two other notices relating to the claims asserted in this Lawsuit, one sent on August 30, 2023 and one on March 4, 2024. This third, corrective notice is being sent because the Court overseeing this case has determined that around the time that the first and second notices were sent, AMEWAS engaged in unauthorized and improper communications with current AMEWAS employees about this case that may have provided inaccurate information about the lawsuit and discouraged participation in the lawsuit. Accordingly, the Court has instructed AMEWAS to send this third notice in order to provide clarification on the lawsuit and your rights and an additional opportunity to participate in the lawsuit.

**II.   What is This Lawsuit About?**

    Plaintiff Jesse Jackson, a former AMEWAS employee, sued AMEWAS in federal court, alleging that AMEWAS violated the federal Fair Labor Standards Act ("FLSA"), the Maryland Wage and Hour Law ("MWHL"), and the Maryland Wage Payment Collection Law ("MWPCL") by paying certain employees the same hourly rate for all hours worked, including those hours over 40 hours in a work week, instead of paying "time and a half" for overtime hours worked. This pay practice is also known as paying "straight time for overtime." Mr. Jackson alleges that

AMEWAS's straight time for overtime pay scheme resulted in unpaid overtime compensation in violation of the FLSA, the MWHL, and the MWPCL.

Mr. Jackson has filed this case on behalf of similarly situated current or former AMEWAS employees as a "collective action" to assert the FLSA claim ("the FLSA collective action") and a "class action" to assert the Maryland law claims ("the Maryland class action"). Mr. Jackson seeks back wages in the form of unpaid overtime wages, treble damages (liquidated damages), plus attorney's fees, and costs for himself and the other members of the FLSA collective action and the Maryland class action. AMEWAS denies Mr. Jackson's allegations and has asserted various defenses.

### III.   What Are Your Options?

The two prior notices provided information on your rights to participate in or not participate in this Lawsuit as part of the FLSA collective action and the Maryland class action. The first notice, which was sent on August 30, 2023, informed potential class members that they would have to complete and send an "opt in" form in order to participate in the FLSA collective action to seek unpaid overtime pay under the federal law. The second notice, which was sent on March 4, 2024, alerted potential class members that they would automatically be a member of the Maryland class action to seek unpaid overtime pay under the state laws, unless they affirmatively decided to opt out of the class. Although the two notices relate to separate class actions that deal with separate claims, both class actions and all the claims are being decided in the same lawsuit.

Because of AMEWAS's improper communications, the Court is providing eligible current or former AMEWAS employees who receive this notice a renewed opportunity to decide whether they would like to participate in the Lawsuit. If you participate in either the FLSA collective action or the Maryland class action, you agree to be represented by the attorneys representing Mr. Jackson and the class members ("Class Counsel"), who are listed below. They will determine your damages based on the AMEWAS records maintained that reflect your pay and hours worked. This case is being handled on a contingency fee basis which means that you are not responsible for any out-of-pocket payment of attorney's fees or costs.

#### A.   The FLSA Collective Action

If you have not previously done so but now want to join the FLSA collective action, you must read, sign, and return the attached Consent to Join FLSA Wage Claim Form ("Attachment 1") by **August ___, 2025** (60 days from the date of the sending of this notice) according to the instructions on the form.

**If you previously submitted an "opt in" form to join the FLSA collective action, you will remain a part of that class and need not take any action.**

#### B.   The Maryland Class Action

For the Maryland class action, those who received the prior notice were automatically included in the Maryland class action unless they completed and submitted a form to opt out of

the Maryland class action. With this notice, if you previously submitted such an opt out form, you now have the opportunity to reverse that decision and participate in the Maryland class action to seek unpaid overtime pay under the state laws. To do so, you must read, sign, and return the attached Revocation of Opt Out From the Maryland Class Form ("Attachment 2") by **August \_\_\_, 2025** (60 days from the date of the sending of this notice) according to the instructions on the form.

**If you did not previously submit an "opt out" form to be removed from the Maryland class action, you will remain as a part of that class action and need not take any action.**

### IV.   Important Additional Information

Although AMEWAS may have informed its employees that it believes that the claims lack merit, **the Court has not issued a final ruling on the merits of this Lawsuit.**

Federal law prohibits any employer from firing or in any other way discriminating against you because you join this case. The law forbids AMEWAS or anyone else from retaliating against you for participating in this lawsuit. AMEWAS has agreed to abide by the law in this regard, and the Court has ordered AMEWAS not to engage in any such retaliation.

To the extent that you need additional information about the Lawsuit, you should contact Class Counsel directly at:

| | | |
|---|---|---|
| Michael A. Josephson<br>Alyssa White<br>**Josephson Dunlap, LLP**<br>11 Greenway Plaza,<br>Suite 3050<br>Houston, Texas 77046<br>Tel: (713) 352-1100<br>Fax: (713) 352-3300<br>Facsimile: (713) 352-3300<br>Toll-Free: 1-888-992-2990<br>Email:<br>info@mybackwages.com | Richard (Rex) Burch<br>**Bruckner Burch PLLC**<br>11 Greenway Plaza,<br>Suite 3025<br>Houston, Texas 77046<br>Tel: (713) 877-8788<br>Facsimile: (713) 877-8065<br>Email:<br>rburch@bucknerburch.com | Nicholas A. Migliaccio<br>**Migliaccio & Rathod, LLP**<br>412 H St. NE,<br>Suite 302<br>Washington, D.C. 20002<br>Tel: (202) 470-3520<br>Fax: (202) 800-2730<br>nmigliacco@classlawdc.com |

You should **not** contact the Court to discuss this matter, and you should **not** contact AMEWAS or its management to discuss this matter. Although AMEWAS may have previously communicated with you about the Lawsuit, **the Court has now prohibited AMEWAS from communicating with class members about the Lawsuit.**

Date:   June 9, 2025



THEODORE D. CHUANG
United States District Judge

# Attachment 1

## CONSENT TO JOIN FLSA WAGE CLAIM

Print Name: _____

1. I hereby consent to participate in a collective action lawsuit styled *Jackson v. American Electronic Warfare Associates, Inc.* (the Lawsuit) to pursue claims of unpaid overtime under the Fair Labor Standards Act (FLSA) during the time that I worked with AMEWAS.

2. I understand that this lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff and Plaintiff's Counsel make all decisions regarding the litigation, including the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendants.

Signature: _____   Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____        _____
Address                                  City/State/Zip

_____        _____
Home Telephone Number                    Cell Phone Number

_____        _____
E-mail Address                           Estimated Dates of Employment

_____        _____
Position(s) Held with AMEWAS             Location(s) Worked for AMEWAS

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Overtime Lawsuit Against AMEWAS (Jackson)**
**Josephson Dunlap, LLP**
**11 Greenway Plaza, Suite 3050**
**Houston, Texas 77046**
**Telephone: (888) 992-2990**
**Fax: (713) 352-3300**
**Email: info@mybackwages.com**

# Attachment 2

## REVOCATION OF OPT OUT FROM THE MARYLAND CLASS

Print Name: _____

1. I hereby revoke my prior decision to opt out of participating in the class action lawsuit styled *Jackson v. American Electronic Warfare Associates, Inc.* (the Lawsuit) to pursue claims of unpaid overtime under the Maryland Wage and Hour Law (MWHL) and the Maryland Wage Payment Collection Law (MWPCL) during the time that I worked with AMEWAS.

2. I understand that by submitting this form I will be participating in this class action lawsuit.

3. I understand that this lawsuit is brought under the MWHL and MWPCL, and I consent to be bound by the Court's decision.

4. I designate the law firm and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

5. I consent to having Plaintiff and Plaintiff's Counsel make all decisions regarding the litigation, including the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: _____

**Please print or type the following information which will be kept confidential:**

_____   _____
Address                                                                  City/State/Zip

_____   _____
Home Telephone Number                                    Cell Phone Number

_____   _____
E-mail Address                                                       Estimated Dates of Employment

_____   _____
Position(s) Held with AMEWAS                          Location(s) Worked for AMEWAS

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Overtime Lawsuit Against AMEWAS (Jackson)**
**Josephson Dunlap, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: (888) 992-2990
Fax: (713) 352-3300
Email: info@mybackwages.com